**724 CARLISLE vs. CIRCUIT JUDGE (Wayne), No. 11918½.**

To compel respondent to set aside a decree of divorce.

Denied April 21, 1891.

The bill for divorce was filed October, 1886, and the decree granted February 26, 1887. Relator was in Wisconsin at the time of the filing of the bill, and the reason urged by her was, that in the order of publication her name was given as Ellen Carlisle. It appeared, however, she had delayed the application for three years, and the delay was not explained.

See Carlisle vs. Carlisle, 96 M., 128.

**725 DALY vs. CIRCUIT JUDGE (Wayne), No. 14448, 102 M., 392.**

To set aside a decree of divorce.

Denied Nov. 7, 1894, with costs.

Relator filed a bill for divorce. Defendant filed an answer in the nature of a cross-bill, to which complainant answered. Defendant was granted a decree March 21, 1894. The cross-bill was verified, but the verification did not contain the averment negativing collusion. June 29, 1894, relator filed a petition asking that the decree be set aside, because (1) no replication to complainant's answer to the cross bill had been filed; (2) defendant's cross-bill was not properly verified; (3) the testimony was taken within four months after the filing of the cross-bill, and (4) the decree was entered within the same time.